IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50983
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EDDIE NAVARRO-RAMOS, also known as Eddie Navarro-Arteaga, also
known as Eddie Navarro-Acosta,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-00-CR-83-ALL-JN
- - - - - - - - - -
April 12, 2001

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    Eddie Navarro-Ramos appeals his sentence following his
guilty plea conviction for illegal re-entry after deportation in
violation of 8 U.S.C. § 1326.  Navarro argues that his sentence
should not have exceeded the two-year maximum sentence under 8
U.S.C. § 1326(a).  Navarro acknowledges that his argument is
foreclosed by Almendarez-Torres v. United States, 523 U.S. 224
(1998), but he seeks to preserve the issue for Supreme Court

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

review in light of <u>Apprendi v. New Jersey</u>, 120 S. Ct. 2348
(2000).

Apprendi did not overrule <u>Almendarez-Torres</u>.  <u>See</u> <u>Apprendi</u>,
120 S. Ct. at 2362; <u>United States v. Dabeit</u>, 231 F.3d 979, 984
(5th Cir. 2000), <u>cert. denied</u>, 121 S. Ct. 1214 (2001).  Navarro's
argument is foreclosed by <u>Almendarez-Torres</u>, 523 U.S. at 235.

The Government has moved for a summary affirmance in lieu of
filing an appellee's brief.  In its motion, the Government asks
that the judgment of the district court be affirmed and that an
appellee's brief not be required.  The motion is granted.

AFFIRMED; MOTION GRANTED.